NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARWIN OLIVER,                              )
                                           )
          Appellant,                        )
                                           )
v.                                          )         Case No. 2D17-5009
                                           )
STATE OF FLORIDA,                           )
                                           )
          Appellee.                         )
                                           )
_____    )

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

PER CURIAM.


          Affirmed.


CASANUEVA, BADALAMENTI, and ATKINSON, JJ., Concur.